STATE OF NEBRASKA EX REL. NEBRASKA STATE BAR
ASSOCIATION, RELATOR, V. THOMAS R. JACOBSEN, RESPONDENT.

525 N.W.2d 35

Filed December 30, 1994. No. S-94-1028.

HASTINGS, C.J., CAPORALE, FAHRNBRUCH, LANPHIER, and
WRIGHT, JJ.

PER CURIAM.

Thomas R. Jacobsen was admitted to the practice of law in
Nebraska in 1989. On October 25, 1994, Jacobsen entered a
plea of no contest to one count of the Class IV felony of theft
by deception in the Howard County District Court. The court
accepted Jacobsen's plea, and he was found guilty.

On November 4, Jacobsen voluntarily surrendered his
license. He admitted that his conduct violated Canon 1, DR
1-102(A)(1), (3), and (4), of the Code of Professional
Responsibility as adopted by this court. Jacobsen has admitted
that his conduct violated his oath of office as an attorney.

Jacobsen waived his right to notice, appearance, or hearing
prior to entry of this order. We accept Jacobsen's surrender and
order him disbarred from the practice of law in the State of
Nebraska, effective immediately.

JUDGMENT OF DISBARMENT.

White, J., not participating.